# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) XANADU EXPLORATION COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>(1) CRUM AND FORSTER INDEMNITY COMPANY d/b/a FAIRMONT SPECIALTY,<br><br>   Defendant. | Case No. 16-cv-00192-JHP-PJC |

## RULE 41 JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Xanadu Exploration Company, and the Defendant, Crum & Forster Indemnity Company, by respective counsel of record, pursuant to Rule 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of all claims asserted in the above styled and numbered cause, with prejudice to the re-filing hereof, with each party to bear their own costs and attorney's fees, for the reason that all issues raised by this litigation have been resolved by compromise agreement.

Respectfully submitted,


 s/ Peter L. Wheeler
Peter L. Wheeler
Oklahoma Bar No. 12929
John C. Lennon
Oklahoma Bar No. 30149
Attorneys for Defendant
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis
Oklahoma City, Oklahoma  73106
(405) 235-1611  Telephone
(405) 235-2904  Facsimile
pwheeler@piercecouch.com
jlennon@piercecouch.com



 s/ Michael E. Esmond
James H. Ferris
Oklahoma Bar No. 2883
Michael E. Esmond
Oklahoma Bar No. 20481
Attorneys for Plaintiff
MOYERS MARTIN, LLP
401 South Boston, Suite 1100
Tulsa, Oklahoma  74103
(918) 582-5281  Telephone
(918) 585-8318  Facsimile
ferris@moyersmartin.com
esmond@moyersmartin.com

2